UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

VAYASHANEZ LITTLE

-vs-

UNITED STATES, ET AL.

CIVIL ACTION NO. 04-0486

JUDGE LITTLE

## JUDGMENT

Before the court is the report and recommendation of the magistrate suggesting that Vayashanez Little's ("Little") civil rights complaint, filed pursuant to 42 U.S.C. § 1983, be dismissed without prejudice for failure to comply with a court order. FED. R. CIV. P. 41(b). Little has not filed an objection to the magistrate's report. After full record review, the court adopts the reasoning and conclusion of the magistrate. Little's civil rights complaint is DISMISSED WITHOUT PREJUDICE.

Alexandria, Louisiana

27 July 2005

F. A. LITTLE, JR.
UNITED STATES DISTRICT JUDGE